**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  14-cv-03512-LTB

ROBERT-LEW: TITUS,

        Plaintiff,

v.

THE KROGER CO., INC.,

        Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Rule 41 Voluntary Motion to Dismiss (Doc 12 - filed February 2, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

          s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED:  February 3, 2015